IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Huntington

**JONATHAN BEATTIE and
HEATHER BEATTIE,**

    **Plaintiffs,**

**v.**                                                    Case No.; 3:12-cv-2528
                                                          Judge Robert C. Chambers

**SKYLINE CORPORATION,**
a Foreign Corporation,
**CMH HOMES INC,** d/b/a/ Luv Homes
#760 and **VANDERBILT MORTGAGE
AND FINANCE INC.,**

**v.**

**BOB'S HOME SERVICES, LLC**
an Ohio Company Third-Party Defendant

    **Defendants.**

## CERTIFICATE OF SERVICE

      I, Bryan N. Price, counsel for the third-party defendant, Bob's Home Services, LLC, does hereby certify that I have served the foregoing **"Third-Party Defendant Bob's Homes Services, LLC's Rule 26(a)(3) Disclosures"** upon the following counsel of record by placing true copies thereof in properly addressed envelopes and depositing same in the United States Mail, first class, postage prepaid, this 14th day of October, 2014:

Cameron S. McKinney                           John R. Tear, Jr.
David L. Grubb                                       Spilman Thomas & Battle, PLLC
The Grubb Law Group                           300 Kanawha Boulevard, East
1114 Kanawha Boulevard, East            PO Box 273
Charleston, West Virginia                         Charleston, WV 25321

Jason Stemple
Duffield, Lovejoy, Stemple & Boggs, PLLC
PO Box 608
Huntington, West Virginia

/s/ Bryan N. Price
Bryan N. Price (WV Bar # 8846)